NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACK BARRON,**
*Plaintiff-Appellant*

**v.**

**SCVNGR, INC., d/b/a LevelUp,**
*Defendant-Appellee*

---

2014-1708

---

Appeal from the United States District Court for the District of Massachusetts in No. 4:13-cv-40084-TSH, Judge Timothy S. Hillman.

---

**JUDGMENT**

---

DAVID L. FINE, Mirick O'Connell DeMallie & Lougee, LLP, Worcester, MA, argued for plaintiff-appellant. Also represented by JOHN O. MIRICK.

BRIAN CARL CARROLL, SCVNGR, Inc., d/b/a LevelUp, Boston, MA, argued for defendant-appellee. Also represented by PHILIP C. SWAIN, Foley Hoag LLP, Boston, MA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 6, 2015                     /s/  Daniel  E.  O'Toole
Date                             Daniel E. O'Toole
                                Clerk of Court